# Court of Appeals
# of the State of Georgia

ATLANTA, February 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0918.    DEBRA CURRY v. THE VILLAGES AT LAKE RIDGE PROPERTY OWNERS ASSOCIATION, INC.**

On July 3, 2012, the trial court entered a final order and default judgment against Debra Curry, ordering her to pay The Villages at Lake Ridge Property Owners Association, Inc. damages in the amount of $7,036.85. Curry filed a motion to vacate the default judgment, which the trial court denied on November 28, 2012. Curry filed this direct appeal. We, however, lack jurisdiction.

"[P]leadings, motions, and orders are construed according to their substance and function and not merely by nomenclature." *Forest City Gun Club v. Chatham Co.*, 280 Ga. App. 219, 220 (1) (633 SE2d 623) (2006). Curry's motion essentially seeks to set aside the default judgment, in accordance with OCGA § 9-11-60 (d). An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Curry's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over her appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 02/08/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*